**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

LUIS ANTONIO VELEZ PEREZ        Case No.   11-06227-ESL

                                Chapter 13      Attorney Name:   JUAN O CALDERON LITHGOW*

| I. Appearances | | | Date & Time: 8/31/2011 12:00:00PM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R   [ ] NR   LV:  To be determined |
| Joint Debtor | [ ] Present | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Substitute | | | None |

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

Date:   07/22/2011        Base:    $6,000.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:    10/12/2011  9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
   $3,000.00  -  $600.00   =  $2,400.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

In re:

**LUIS ANTONIO VELEZ PEREZ**                    Case No.    11-06227-ESL

                Chapter 13     Attorney Name:    **JUAN O CALDERON LITHGOW***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Submit copy of donation deed concerning real property where debtor lives at Urb. Los Santos. Debtor bought said property more than 40 years ago and donated the same to his daughter one year before the filing of the petition. Currently, Daughter pays the mortgage.

2) Provide title study of real property at Los Santos. Debtor testified that there is a junior mortgage (promissory note) in the amount of $30,000.00, owed to his brother Mr. Alberto Velez Perez.

3) Provide documents to sustain value of real property Los Santos. House was refinanced during the year 1998.

4) There is an additional real property at Calla Manuel Perez: used as storage. He testified that the house was appraised at $90,000 in the year 2000 during a refinance proceeding. Provide photos of said property. He testifed that his son pays this mortgage. Include son's contribution at schedule I.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

| | | |
|---|---|---|
| **LUIS ANTONIO VELEZ PEREZ** | Case No. | **11-06227-ESL** |
| Chapter 13 | Attorney Name: | **JUAN O CALDERON LITHGOW*** |

| | | |
|---|---|---|
| **s/Rosamar García** | Date: | **08/31/2011** |
| **Trustee/Presiding Officer** | | **(Rev. 02/11)** |