UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: LUIS ANTONIO VELEZ PEREZ
**Case Number**: 11-06227-ESL13                    **Chapter:** 13
**Date / Time / Room**: 10/12/2011 9:00 AM osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: LILLIAN MORALES
**Reporter / ECR**: JOSE ROMO

## Matter:

Confirmation Hearing of Plan dated 7/22/2011 (#2)

## Appearances:

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW

## Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted _____ days to file a settlement agreement.
✓ Hearing on Confirmation/Contested Matter is continued to: _12/14/11 at 9am; together with the motion to dismiss._
___Attorney's Fees:$3,000.00; Other:_____

_Pending issue: Trustee's motion to dismiss. — to be held in abeyance_

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge