IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ANTONIO VELEZ PEREZ

XXX-XX-9735

Debtor(s)

CASE NO. 11-06227 ESL

Chapter 13

FILED & ENTERED ON 03/16/2012

## ORDER GRANTING WITHDRAWAL OF MOTION

Alejandro Oliveras, Chapter 13 Trustee's motion withdrawing the objection to claim number #13 filed by Doral Bank (docket entry #39) is hereby granted. The hearing set for March 30, 2012 is vacated and set aside, but only as to the pretrial conference.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16th day of March, 2012.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA
DORAL BANK
REBECCA CAQUIAS MEJIAS